[No. 26890-6-II.  Division Two.  March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL M. SALIVA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01223-5, Stephanie A. Arend, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26898-1-II.  Division Two.  March 29, 2002.]

*In the Matter of the Marriage of* DEBRA ANN HESS, *Respondent*, and BRION BEATTY HESS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-01654-7, Stephanie A. Arend, J., entered December 22, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 26914-7-II.  Division Two.  March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CARL WEBER, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00120-2, William E. Howard, J., entered December 29, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 26958-9-II.  Division Two.  March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK EUGENE KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00505-3, H. John Hall, J., entered January 30, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Houghton, J.